**Electronically Filed
Supreme Court
SCWC-27897
21-APR-2011
11:02 AM**

SCWC-27897

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

LLOYD PRATT, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 27897, 27898 and 27899)
(CR. NOS. HC04-147, HC04-169 AND HC04-299 - CONSOLIDATED)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ of certiorari filed on March 15, 2011, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, April 21, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Daniel G. Hempey for
petitioner/defendant-appellant
on the application

Tracy Murakami, Deputy
Prosecuting Attorney, for
respondent/plaintiff-appellee
on the response

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.